UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

George Kersey
        Plaintiff

V.

Donald J. Trump
        Defendant

CIVIL ACTION

NO. 17-11635-ADB

## ORDER OF DISMISSAL

Burroughs, D. J.

In accordance with the Court's Memorandum and Order dated 12/18/17 Dismissing the case, it is hereby ORDERED that the above-entitled action be and hereby is dismissed.

By the Court,

12/18/17
Date

/s/ Christina McDonagh
Docket Clerk